**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**UNITED STATES OF AMERICA**                                                        **PLAINTIFF**

**VS.**                                  **CRIMINAL ACTION NO.: 4:21-cr-68-DMB-JMV-1**

**RICO RASHUN RUFFINS**                                                      **DEFENDANT**

## ORDER GRANTING MOTION FOR SUBSTITUTION OF COUNSEL

This defendant Rico Rashun Ruffins, by and through retained counsel Ashley N. Harris-Turner, has moved to substitute Ashley N. Harris-Turner in the place and stead of Gregory S. Park as his attorney of record in this matter. Docket #29. The court finds that motion is well taken and should be GRANTED.

**THEREFORE, IT IS ORDERED** that Ashley N. Harris-Turner is substituted as counsel of record in place of Gregory S. Park, who is hereby withdrawn and relieved of further responsibilities in this matter.

**SO ORDERED,** this the 21st day of January 2022.

                                                         /s/ Jane M. Virden
                                                         UNITED STATES MAGISTRATE JUDGE