**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

UNITED STATES OF AMERICA                                                         PLAINTIFF

V.                                    CRIMINAL CAUSE NUMBER: 4:21-cr-68-DMB-JMV-1

RICO RASHUN RUFFINS                                                              DEFENDANT

### ORDER MODIFYING PRETRIAL RELEASE CONDITIONS

This matter is before the court on Amended Actions on Conditions of Pretrial Release filed by U. S. Probation and Pretrial Services, docket number [45]. At the hearing thereon, the Court ruled that all the terms of the defendant's pretrial release, to include the location restriction program, will remain in place.

Therefore, it is ORDERED that the terms of the defendant's pretrial release including home restriction at all times except for employment or other activities as pre-approved by the pretrial services office or supervising officer shall remain in place.

SO ORDERED, this the 20th, day of April, 2022.

/s/ Jane M. Virden
UNITED STATES MAGISTRATE JUDGE